**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Alfred Smith, | No. CV-18-03349-PHX-SPL |
| Petitioner, | **ORDER** |
| vs. | |
| Charles L. Ryan, et al., | |
| Respondents. | |

Petitioner Steven Alfred Smith has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The Honorable Michelle H. Burns, United States Magistrate Judge, issued a Report and Recommendation ("R&R"), recommending that the Court deny the Petition. (Doc. 12). Judge Burns advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. (Doc. 12) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

The Court will adopt the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

Petitioner has also filed a Motion for Evidentiary Hearing to "establish [his] actual innocence that the state attorney convicted and sentence[d] the wrong person into prison." (Doc. 13). Again, and as previously addressed by Judge Burns, Petitioner has made only a bare assertion of actual innocence and has failed to identify any new evidence to support his claim. Thus, the motion with be denied. Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 12) is **accepted** and **adopted** by the Court;

2. That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **denied** and **dismissed with prejudice**;

3. That Petitioner's Motion for Evidentiary Hearing (Doc. 13) is **denied**;

4. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

5. That the Clerk of Court shall **terminate** this action.

Dated this 23rd day of October, 2019.

Honorable Steven P. Logan
United States District Judge